STATE OF NEW JERSEY v. ALFRED BETTS.

September 19, 1978. Petition for certification denied.

JAMES DEL MAURO v. STATE OF NEW JERSEY, PUBLIC EMPLOYEES' RETIREMENT SYSTEMS.

September 19, 1978. Petition for certification denied.

AMELIA ARABIA v. CITY OF ATLANTIC CITY.

September 19, 1978. Petition for certification denied. (See 157 *N. J. Super.* 335)

PARVEEN CHAUDRY v. M. HANIF CHAUDRY.

September 19, 1978. Petition for certification denied. (See 159 *N. J. Super.* 566)

PARVEEN CHAUDRY v. M. HANIF CHAUDRY.

September 19, 1978. Cross-petition for certification denied. (See 159 *N. J. Super.* 566)

JOSEPH COSTA v. ALBERT J. JOSEY.

September 19, 1978. Petition for certification granted. (See 160 *N. J. Super.* 1)